SCOTT N. JOHNSON, ESQ., SBN 166952
Law Offices of SCOTT N. JOHNSON
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, <br><br> Plaintiff, <br><br> vs. <br><br> 3 STAR PROPERTIES LLC; and DOES 1 through 10, inclusive, <br><br> Defendants | Case No.: CIV.S 05-0396-MCE-GGH <br><br> **STIPULATED DISMISSAL AND ORDER** <br><br> Complaint Filed: FEBRUARY 28, 2005 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).

1 | Dated: December 9, 2005                REDIGER MCHUGH and HUBBERT

                                           /s/ E. A. Hubbert, Jr.
                                             E. A. HUBBERT, JR.,
                                           Attorneys for Defendants
                                             3 Star Properties LLC


Dated: December 9, 2005                    /s/ Scott N. Johnson
                                             SCOTT N. JOHNSON
                                             Plaintiff, In Pro Per


**IT IS SO ORDERED**.

Dated: December 14, 2005

                                           _____
                                           MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE